# NO. 12-24-00174-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE STATE OF TEXAS, APPELLANT* | § | *APPEAL FROM THE 220TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *LISA NICOLE ALEXANDER, APPELLEE* | § | *BOSQUE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, the State of Texas, filed a motion to dismiss this appeal.[1]  The motion to dismiss is ***granted***, and the appeal is ***dismissed***.  *See* TEX. R. APP. P. 42.2(a).

Opinion delivered July 3, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 3, 2024**

**NO. 12-24-00174-CR**

**THE STATE OF TEXAS,**
Appellant
V.
**LISA NICOLE ALEXANDER,**
Appellee

Appeal from the 220th District Court

of Bosque County, Texas (Tr.Ct.No. CR15989)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*